*E-FILED: May 24, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CHOI, individually and on behalf of all others similarly situated, | No. C12-00938 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| WALGREEN CO., an Illinois corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

This court is informed that the parties have reached a settlement. Accordingly, all previously scheduled deadlines and appearances are vacated.

**On or before June 29, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 17, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than July 10, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as

ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: May 24, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00938-HRL Notice has been electronically mailed to:

Candace Sheri Bertoldi     cbertoldi@seyfarth.com, sowens@seyfarth.com

Diana Tabacopoulos     dtabacopoulos@seyfarth.com, pcrawford@seyfarth.com

Jill Ann Porcaro     jporcaro@seyfarth.com, jharrold@seyfarth.com, ldrozd@seyfarth.com

Miles Eric Locker     mlocker@lockerfolberg.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.